UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA (FORT LAUDERDALE)

IN RE:                                                                         Case No.:18-12982-JKO

BETTY CORRINNE FERRERO                                         Chapter 13
AKA BETH C. FERRERO
AKA BETH FERRERO
AKA BETTY C. FERRERO
AKA BETTY FERRERO,

            Debtor.                              /

OBJECTION BY CREDITOR TO CONFIRMATION OF PLAN

     COMES NOW Secured Creditor, Ditech Financial LLC, by and through its undersigned counsel, and files this written objection to confirmation of Debtor's Proposed Chapter 13 Plan, pursuant to Bankruptcy Rules §3015(f), §9014 and all other applicable provisions of the Bankruptcy Code and as grounds therefor states:

     1.     On December 13, 2006, Debtor executed and delivered a Promissory Note ("Note") and a Mortgage ("Mortgage") securing payment of the Note in the amount of $271,500.00 to Bank of America, N.A. The Mortgage was recorded on December 28, 2006 in Book 43342 Page 1414 of the Public Records of Broward County, Florida. The loan was transferred to Secured Creditor which granted Secured Creditor a first lien on the real property located at 9378 Northwest 8 Circle, Fort Lauderdale, FL 33324, the ("Subject Property") legally described as:

> COMMENCING at the most Westerly corner of said Tract A; thence run South 23°51'07" East (on a grid bearing) 44.53 feet along the Southerly boundary of said Tract A, to a point of intersection with the arc of a curve running Southeasterly to the right, a radial at said point bearing South 18°13'41" West; thence along the said Southerly boundary on the arc of said curve to the right, having a radius of 4904.98 feet and a central angle of 1°45'08", run Southeasterly 150 feet to a point of intersection; thence run South 62°35'06" East 100.59 feet along said Southerly boundary to a point of intersection with the arc of a curve running Southeasterly to the right, a radial at said point bearing South 21°08'54" West; thence along said Southerly boundary on the arc of said curve to the right, having a radius of 4892.98 feet and a central angle of 3°25'11", run Southeasterly 292.04 feet to a point of tangency; thence run South 65°25'55" East 503.94 feet along said Southerly boundary being the tangent extended; thence run North 24°34'05" East 75 feet; to the Point of Beginning; thence continue North 24°34'05" East 47 feet; thence run South 65°25'55" East 60 feet; thence run North 83°04'05" East 19.76 feet to a point of intersection with the arc of a curve running Southerly to the left, a radial at said point bearing South 76°33'01" East; thence along the arc of said curve to the left, having a radius of 45 feet and a central angle of 29°04'16", run Southerly 22.83 feet; thence run South 74°22'43" West 23.72 feet along a line radial to the last described curve; thence run South 54°34'05" West 25 feet; thence run North 65°25'55" West 56 feet, to the Point of Beginning. Said lands situate in the City of Plantation, Broward County, Florida.

2. The Plan fails to include the pre-petition arrearage amount. Secured Creditor's claim will show the pre-petition arrearage due to Secured Creditor is $25,146.14. Therefore, the Plan is not in compliance with the requirements of 11 U.S.C. §§1322(b)(3) and 1325(a)(5) and cannot be confirmed.

3. The plan contains an incorrect monthly payment amount of $1,136.04. The correct current monthly payment amount is $1,655.14.  This payment amount includes principal, interest, and escrow.  The monthly payment amount is subject to change with changes in the escrow, and the plan must be modified to allow for changes in the monthly payment to be made by the Trustee upon notice from the Secured Creditor that said escrow has changed and therefore the monthly payment has changed.

4. Secured Creditor understands that there is a pending Attorney-Represented Debtor's Verified Ex Parte Motion for Referral to Mortgage Modification Mediation. To date, Secured Creditor has not approved or consented to a modification.

5. The Chapter 13 Plan does not comply with 11 U.S.C. §1325 and 11 U.S.C. §1322 as the Plan fails to cure the pre-petition default and is not accepted by the Secured Creditor.

WHEREFORE, Secured Creditor respectfully requests that this Court sustain the objections stated herein and deny confirmation of the Debtor's Plan, and for such other and further relief as this Court deems just and proper.

DATED this 1st day of June 2018

Respectfully submitted,

/S/ Seth Greenhill

_____
SETH GREENHILL, ESQ.
Florida Bar # 97938
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
SGreenhill@padgettlaw.net
*Attorney for Creditor*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this 1st day of June, 2018:

/S/ Seth Greenhill

SETH GREENHILL, ESQ.
Florida Bar # 97938
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
SGreenhill@padgettlaw.net
*Attorney for Creditor*

**SERVICE LIST (CASE NO. 18-12982-JKO)**

Debtor
Betty Corrinne Ferrero
9378 NW 8th Cir
Plantation, FL 33324-4930

Attorney for Debtor
Chad T Van Horn
330 N Andrews Ave #450
Ft Lauderdale, FL 33301

Trustee
Robin R Weiner
www.ch13weiner.com
POB 559007
Fort Lauderdale, FL 33355